AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| DANIEL GARZA,<br>*Plaintiff*<br>v.<br>WEXFORD HEALTH SOURCES, INC., et al.,<br>*Defendants* | Civil Action No. 19-2321 |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** that Plaintiff, Daniel Garza's, action against Defendants Wexford Health Sources Inc., Alicia Pearson, Tammy Wilson, Justin T. Young, Lisa Hopp, and Steven Kottemnn, is dismissed; Plaintiff shall recover nothing on his claims against each of the named Defendants; plus costs of suit in the amount of $392.45.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____ .

Date: 10/28/2022

*CLERK OF COURT*

s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*